Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Counsel for Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 11 Proceedings |
|---|---|
| RCS CAPITAL DEVELOPMENT, LLC | Case No. 2:11-bk-28746-RJH |
| Debtor. | **MOTION TO ENTER FINAL DECREE AND ORDER CLOSING CASE** |

Reorganized Debtor, by and through its counsel undersigned, hereby respectfully requests this Court enter a Final Decree and Order closing the above-chapter 11 proceedings. In support hereof, the Reorganized Debtor states:

1. On or about November 28, 2012, the Court entered an Order Confirming Chapter 11 Plan. (DE #270)

2. The Plan of Reorganization has been substantially consummated. The Debtor is current on filing on post-confirmation reports.

3. The Debtor requests the Court enter an Order granting this Motion prior to the conclusion of the third quarter of 2013, so as to eliminate the need for any additional quarterly fees beyond the third quarter of 2013.

Accordingly, the Reorganized Debtor requests the Court enter an Order closing the proceedings, and enter a Final Decree.

| | |
|---|---|
| 1 | DATED this 15th day of July, 2013. |

MICHAEL W. CARMEL, LTD.

/s/ Carmel, M.W.  (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona  85012-2334
Attorney for Debtors

COPY of the foregoing emailed on
July 15, 2013 to:

John J. Fries, Esq.
Josh Kahn, Esq.
RYLEY, CARLOCK & APPLEWHITE
One North Central Avenue
Suite 1200
Phoenix, AZ  85004-4417
jfries@rcalaw.com
jkahn@rcalaw.com
Attorneys for ABC Learning Centres

Daniel P. Collins
Collins, May, Potenza, Baran & Gillespie
201 N. Central Avenue, 22nd Floor
Phoenix, AZ  85004
dcollins@cmpbglaw.com
Attorneys for Unsecured Creditors Committee

Scott K. Brown
LEWIS AND ROCA, LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ  85004-4429
sbrown@lrlaw.com
Attorneys for Kenneth Krynski

Howard Seife, Esq.
Andrew Rosenblatt, Esq.
Eric Daucher, Esq.
CAHDBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY  10112
hseife@chadbourne.com
arosenblatt@chadbourne.com
edaucher@chadbourne.com

2

Case 2:11-bk-28746-RJH    Doc 314    Filed 07/15/13    Entered 07/15/13 13:49:54    Desc
Main Document    Page 2 of 3

1. Office of the U.S. Trustee
2. 230 N. First Avenue
   Suite 204
3. Phoenix, Arizona 85003-1706

4. /s/ Sharon D. Kirby